

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Jose Velez

**Plaintiff,**

V.

Il Fornaio (America) Corporation;
Tartine, Inc.

**Defendant.**

Civil Action No.   18cv1840-CAB-MDD

# JUDGMENT IN A CIVIL CASE

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The SAC does not allege facts demonstrating that Velez is disabled or that Velez suffered any injury while visiting either of the restaurants. Accordingly, Velez lacks Article III and statutory standing to sue for the ADA violations alleged in the SAC. Because Velez has been unable to state an ADA claim for which he has standing in any of the three complaints filed in this action, further amendment would be futile. The SAC is therefore DISMISSED WITH PREJUDICE.
It is SO ORDERED.

**Date:**   2/22/19

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  A. Hazard

A. Hazard, Deputy