UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE VELEZ,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>IL FORNAIO (AMERICA) CORPORATION and TARTINE, INC.,<br><br>　　　　　　　　　　Defendants. | Case No.: 18-CV-1840-CAB-MDD<br><br>**ORDER DENYING MOTION FOR ATTORNEY'S FEES**<br><br>[Doc. No. 34] |

On February 22, 2019, the Court dismissed Plaintiff's second amended complaint with prejudice for lack of Article III and statutory standing. Defendants now move for their attorney's fees under the Court's inherent powers or as Rule 11 sanctions, arguing that the case was frivolous and that Plaintiff acted in bad faith. Upon consideration of the motion and Plaintiff's opposition, the Court is not persuaded that an award of attorney's fees is warranted. Accordingly, the motion is **DENIED**.

It is **SO ORDERED**.

Dated: March 20, 2019

_____
Hon. Cathy Ann Bencivengo
United States District Judge